**Order entered August 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00358-CR

### THE STATE OF TEXAS, Appellant

### V.

### FRANCISCO NIETO, JR., Appellee

**On Appeal from the 216th District Court**
**Gillespie County, Texas**
**Trial Court Cause No. 6649**

## ORDER

Before the Court is appellee's July 30, 2018 motion for extension of time to file his brief.

We **GRANT** the motion to the extent we **ORDER** appellee's brief due on or before September 17, 2018.

/s/      LANA MYERS
         JUSTICE